# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHIVE MEDIA GROUP, LLC., et al.,<br><br>Defendants. | Case No.: CV 20-10517JVS(AGRx)<br><u>Hon. James V. Selna Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: May 17, 2021      By: _____
                              HON. JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE